DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COLANDRO DEWAYNE PETERS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2476

[December 10, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence M. Mirman, Judge; L.T. Case No. 2022-CF-001726 A.

Colandro Dewayne Peters, Cross City, pro se.

James Uthmeier, Attorney General, Tallahassee, and Lindsay A. Warner, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

We reverse and remand the order denying the pro se motion to correct sentencing error under Florida Rule of Criminal Procedure 3.800(b)(2). The pro se motion was unauthorized as petitioner was and remains represented by counsel in his pending direct appeal. *Coffelt v. State*, 905 So. 2d 269, 270 (Fla. 2d DCA 2005). The trial court shall strike the pro se motion as unauthorized. *Id.*

*Reversed and remand with instructions.*

MAY, CONNER and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***